*Receipt #1109/369*
*$6807.79*
*2-18-11* (initials)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

JOSEPH D. POBLOCKI, SR.     B-05-16168-B

           Debtor

      IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Bank of New York, 500 Mamaronek Ave., Harrison, NY 10528

      AND IT

      FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

      Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $6807.79 representing unclaimed funds belonging to the above-named creditor.

Dated: February 18, 2011        _____
                                      ALBERT J. MOGAVERO
                                      CHAPTER 13 TRUSTEE



FILED FEB 18 2011 BANKRUPTCY COURT BUFFALO, NY